IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL GOODMAN, | ) |
| Plaintiff, | ) Civil Action No. 13-00976 |
| v. | ) |
| | ) Magistrate Judge Robert C. Mitchell |
| PATTERSON-UTI ENERGY, INC., a Foreign Business Corporation; and PATTERSON-UTI DRILLING LLC, a Foreign Business Corporation, | ) *Filed Electronically* |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to dismissal of this civil action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

Respectfully submitted,

FOR PLAINTIFF:

By: */s/ Walter J. Nalducci*
Walter J. Nalducci (PA 69256)
wnalducci@cnlawfirm.net

Cutruzzula & Nalducci
3300 Grant Building
300 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 391-4040

FOR DEFENDANTS:

By: */s/ Philip K. Kontul*
Philip K. Kontul (PA 94156)
philip.kontul@ogletreedeakins.om

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place
Suite 1900
Pittsburgh, PA 15222
Telephone: (412) 394-3352

Dated: June 9, 2014

17838488.1